JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                                    4

**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** _II_____          **Investigating Agency** _DEA_____

**City** _Lynn_____          **Related Case Information:**

**County** _Essex_____          Superseding Ind./ Inf.    _X_____          Case No.    _04-10299 PBS_
                                  Same Defendant    _x___          New Defendant _____
                                  Magistrate Judge Case Number    _M 04-1732- CBS_
                                  Search Warrant Case Number    _04 M 1720- to 1730, 04-M 1738_
                                  R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   _RICARDO MANUEL ESTRADA_____          Juvenile:          ☐ Yes    X No

Alias Name   _____

Address   _____

Birthdate: _____ SS # _____ Sex: _MALE_ Race: _Hispanic_____ Nationalit _Mexican_____

**Defense Counsel if known:**          Eliot Weinstein, Esq.____          Address _228 Lewis Wharf_____

Bar Number   _____          _617-367-9334_____

**U.S. Attorney Information:**

AUSA   _Neil Gallagher_____          Bar Number if applicable   _____

**Interpreter:**          X  Yes          No          List language and/or dialect:          _Spanish_____

**Matter to be SEALED:**          Yes   X    No

          Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date   _____

X  Already in Federal Custody as of   _____          _Wyatt Detention, Central Falls, RI_  .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on   _____

**Charging Document:**          Complaint          ☐ Information          X  Indictment

**Total # of Counts:**          ☐ Petty _____          ☐ Misdemeanor _____   X Felony   _2_____

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _3/23/05_____          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  II          Investigating Agency   DEA

City   Lynn                      **Related Case Information:**

County   Essex                  Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                Same Defendant _____   New Defendant _____
                                Magistrate Judge Case Number   04-M-1685 CBS
                                Search Warrant Case Number   04-M-1720-to-1730
                                R 20/R 40 from District of _____

### Defendant Information:

Defendant Name   ANDRES MARTINEZ-ACEVEZ          Juvenile:   ☐ Yes   X No

Alias Name   "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address _____

Birthdate: _____   SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**       John Cicilline, Esq.          Address  381 Atwells Ave., Providence, RI

Bar Number _____

### U.S. Attorney Information:

AUSA   Neil Gallagher          Bar Number if applicable _____

**Interpreter:**   X Yes   No          List language and/or dialect:   Spanish

**Matter to be SEALED:**   Yes  X   No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date   5/1/2004

X Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ X Felony   2

*Continue on Page 2 for Entry of U.S.C. Citations*

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/5/04  3/23/05          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:**       **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Lynn__       **Related Case Information:**

**County** __Essex__       Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
      Same Defendant __x__    New Defendant _____
      Magistrate Judge Case Number __04-M-1685 CBS__
      Search Warrant Case Number __04-M-1720 to 1730__
      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE ROSALES__      Juvenile:    ☐ Yes    X No

Alias Name __TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU__

Address __88 NEWARK ST, LYNN MA__

Birthdate: __5/10/76__   SS # __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__   Sex: __MALE__   Race: __Hispanic__   Nationalit __Mexican__

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.    Address _1 Exchange Place., Worcester, MA_

Bar Number _____

**U.S. Attorney Information:**

AUSA _____   Bar Number if applicable _____

**Interpreter:**    X Yes    No     List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes   X   No

    Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ——— X☐ Felony —4—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__     Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                  U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**  DEA _____

**City**  Lynn _____          **Related Case Information:**

**County**  Essex _____          Superseding Ind./ Inf.  X _____          Case No.  04-10299 PBS
                                   Same Defendant  x          New Defendant _____
                                   Magistrate Judge Case Number     04-M-1685 CBS
                                   Search Warrant Case Number     04-M-1720 to 1730
                                   R 20/R 40 from District of _____

### Defendant Information:

Defendant Name  VALENTIN MARTINEZ _____          Juvenile:    ☐ Yes    X No

Alias Name     VALENTIN RIVERA AKA V AKA VALE _____

Address        108 JOHNSON STREET, LYNN, MA _____

Birthdate: 12/20/69   SS # 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  Sex: MALE  Race: Hispanic _____  Nationalit Mexican _____

**Defense Counsel if known:**     Ronald Ian Segal, Esq. _____     Address 23 Central Ave., Lynn, MA _____

Bar Number     _____

### U.S. Attorney Information:

AUSA  Neil Gallagher _____          Bar Number if applicable  _____

**Interpreter:**    X Yes    X No          List language and/or dialect:          Spanish _____

**Matter to be SEALED:**          Yes  X  No

     Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          5/1/04 _____

x Already in Federal Custody as of _____ in  Wyatt Detention, Central Falls, RI _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ——————     ☐ Misdemeanor ——————     X☐ Felony —— 3 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  3/23/05 _____     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ____VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** __MA__    **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__    **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf.    __X__    Case No.    __04-10299-PBS__
Same Defendant    __x__    New Defendant _____
Magistrate Judge Case Number    __04-m-1685-CBS__
Search Warrant Case Number    __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    __MANUEL GERMOSEN__    Juvenile    ☐ Yes    ☒ No

Alias Name    __Kelvin Madera, Manolo__

Address _____

Birth date (Year only): _____    SSN (last 4 #): _____    Sex __M__ Race: __Hispanic__    Nationality: __Dom Rep__

**Defense Counsel if known:** __Steven Judge__    **Address:** **23 Central Ave., #605**
**Lynn, MA 01902**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**    __Spanish__

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** __May 1, 2005__    in    __Plymouth County__    .
☐ **Already in State Custody** _____    ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    **Ordered by** _____    **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   __MANUEL GERMOSEN__ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  __21 U.S.C. Sec. 846__ | __Conspiracy to Distribute 5 Kg of Cocaine__ | __Count One__ |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II _____     **Investigating Agency** DEA _____

**City** __Lynn_____          **Related Case Information:**

**County** __Essex_____     Superseding Ind./ Inf. __X_____     Case No. __04-10299 PBS__
                               Same Defendant __X_____     New Defendant _____
                               Magistrate Judge Case Number   __04-M-1685 CBS_____
                               Search Warrant Case Number   __04-M-1720 to 1730_____
                               R 20/R 40 from District of   _____

## Defendant Information:

Defendant Name   __ABDALLAH HAMDAN_____     Juvenile:   ☐ Yes   X No

Alias Name   _____

Address   __10 ROOSEVELT ST METHUEN MA_____

Birthdate: __1/17/76____   SS # __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__  Sex: __MALE__  Race: __Arabic_____   Nationalit __Palestinian_____

**Defense Counsel if known:**   Melvin Norris, Esq.   Address __260 Boston Post Rd., Wayland, MA__

Bar Number   _____

## U.S. Attorney Information:

AUSA   __Neil Gallagher_____   Bar Number if applicable   _____

**Interpreter:**   ☐ Yes   X No   List language and/or dialect:   _____

**Matter to be SEALED:**   Yes   X   No

   Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date   __5/1/04_____

X Already in Federal Custody as of   _____ in   __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____ on   _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☐ X Felony ——4——

Continue on Page 2 for Entry of U.S.C. Citations

   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   __3/23/05_____   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____   **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____   Category No. _____   **Investigating Agency** __DEA/MSP_____

City __Lynn/Peabody_____   **Related Case Information:**

County ____Essex_____   Superseding Ind./ Inf. __X_____   Case No. __04-10299-PBS__
                              Same Defendant ___x_____   New Defendant _____
                              Magistrate Judge Case Number ___04-m-1685-CBS_____
                              Search Warrant Case Number ___04-m-1720 to 1730_____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ_____   Juvenile   ☐ Yes   ☒ No

Alias Name __Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic_____ Nationality: __Dom Rep_____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____   **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __Spanish_____

Matter to be SEALED: ☐ Yes ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by _____ on

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MARTINEZ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** __DEA/MSP_____

**City** __Lynn/Peabody_____    **Related Case Information:**

**County** ___Essex_____

Superseding Ind./ Inf. ___X_____    Case No. ___04-10299-PBS__
Same Defendant ____x_____    New Defendant _____
Magistrate Judge Case Number ____04-m-1685-CBS____
Search Warrant Case Number ____04-m-1720 to 1730____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __HOWARD GREENBERG_____    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __Roger Witkin_____    **Address:** __6 Beacon Street, Ste 1010__
**Boston, MA 02108**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter: ☐ Yes ☐ No    List language and/or dialect: __Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____.
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by __MJ Swartwood__ on __May 2004__

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/c5_    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **HOWARD GREENBERG** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No.                Investigating Agency  DEA/MSP

City  Lynn/Peabody                        **Related Case Information:**

County    Essex                            Superseding Ind./ Inf.    X                 Case No.    04-10299-PBS
                                           Same Defendant    x                New Defendant
                                           Magistrate Judge Case Number    04-m-1685-CBS
                                           Search Warrant Case Number    04-m-1720 to 1730
                                           R 20/R 40 from District of

**Defendant Information:**

Defendant Name  EDGAR HOFFENS                        Juvenile    ☐ Yes    ☒ No

Alias Name    Carlos Colon Rivera, Tigueron

Address

Birth date (Year only):        SSN (last 4 #):        Sex  M  Race:    Caucasian    Nationality:  US

**Defense Counsel if known:**    John Wall            **Address:** 1 Commercial Wharf West
                                                              Boston, MA 02110
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                        **Bar Number if applicable**

Interpreter:    ☒ Yes  ☐ No            List language and/or dialect:    Spanish

Matter to be SEALED:        ☐ Yes    ☒ No

    ☐ Warrant Requested            ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as                    in                                        .
☐ Already in State Custody                    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by                    on

**Charging Document:**        ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**        ☐ Petty            ☐ Misdemeanor            ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date: 3/23/05            Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

13

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.   X                    Case No.   04-10299 PBS
                                   Same Defendant     X              New Defendant
                                   Magistrate Judge Case Number      04-M-1685 CBS
                                   Search Warrant Case Number      04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROGELIO GARCIA                    Juvenile:      ☐ Yes    X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80     SS # 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  Sex:  MALE  Race:  Hispanic          Nationalit  USA

**Defense Counsel if known:**      James H. Budreau, Esq.          Address  20 Park Plaza, Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                     Bar Number if applicable

**Interpreter:**      ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X     No

         Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date

    Already in Federal Custody as of                    in                              .
☐ Already in State Custody at ———————— ☐ Serving Sentence      ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood      on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty          ☐ Misdemeanor          ☐ X Felony——2——

Continue on Page 2 for Entry of U.S.C. Citations

    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   3/23/05                 Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:    MA                   Category No. _____    Investigating Agency   DEA/MSP

City    Lynn/Peabody                    **Related Case Information:**

County    Essex                    Superseding Ind./ Inf.    X                Case No.    04-10299-PBS
                                     Same Defendant    x                New Defendant
                                     Magistrate Judge Case Number    04-m-1685-CBS
                                     Search Warrant Case Number    04-m-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    JAVIER ANGEL ROMERO              Juvenile    ☐ Yes    ☒ No

Alias Name    Ramon Acosta, the Singer

Address    _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:    Hispanic     Nationality: _____

**Defense Counsel if known:**    **Ray Buso**          **Address:** **15 Church Street**
                                                              **Salem, MA 01970**
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable    _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:        Spanish

Matter to be SEALED:    ☐ Yes   ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☒ Already in Federal Custody as    _____    in    _____ .
☐ Already in State Custody    _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by    _____    on    _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty    _____   ☐ Misdemeanor    _____   ☒ Felony    1 count

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:    3/23/05                    Signature of AUSA:    _____