JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JAVIER ANGEL ROMERO** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

*15*

⸙JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X      Case No.   04-10299-PBS
Same Defendant   x      New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN      Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race:   Hispanic   Nationality: Dom. Rep.

**Defense Counsel if known:**   **Michael Hickey**     **Address:** **15 Church Street**
                                             **Salem, MA 01970**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher        **Bar Number if applicable** _____

Interpreter:   ☒ Yes ☐ No     List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes ☒ No

     ☐ **Warrant Requested**       ☐ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**    ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    <u>CHRISTIAN GERMOSEN</u>

U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** MA            **Category No.** _____ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex             Superseding Ind./ Inf.   X          Case No.    04-10299-PBS

                                  Same Defendant    x          New Defendant

                                    Magistrate Judge Case Number    04-m-1685-CBS

                                    Search Warrant Case Number    04-m-1720 to 1730

                                    R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JUAN MARTINEZ            Juvenile     ☐ Yes    ☒ No

Alias Name   Juan Eustate

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic Nationality: Mexican

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher           **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No     **List language and/or dialect:**   Spanish

**Matter to be SEALED:**   ☐ Yes  ☒ No

     ☐ **Warrant Requested**       ☐ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:**    **FUGITIVE**

☐ **Already in Federal Custody as** _____ **in** _____ .

☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**

☐ **On Pretrial Release:  Ordered by** _____ **on** _____

**Charging Document:**     ☐ **Complaint**       ☐ **Information**       ☒ **Indictment**

**Total # of Counts:**     ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    __JUAN MARTINEZ__ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** MA          **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf.    X          Case No.    04-10299-PBS
Same Defendant    x          New Defendant
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ          Juvenile    ☐ Yes    ☒ No

Alias Name   Scarface

Address

Birth date (Year only): _____   SSN (last 4 #): _____   Sex M Race:   Hispanic    Nationality: Mexican

**Defense Counsel if known:**    **Richard Welsh**          **Address:**  **80 Worcester St., Ste 5**
**North Grafton MA, 01536**
**Bar Number:**

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher          **Bar Number if applicable**

Interpreter:    ☒ Yes ☐ No          List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  3/33/05          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GERARDO VASSUER ORTIZ

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __MA__          **Category No.** _____          **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__          **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__          Case No. __04-10299-PBS__
Same Defendant __x__          New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __PHIL ASARO__          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex __M__   Race: __Caucasian__   Nationality: _____

**Defense Counsel if known:** **Kirk Griffin**          **Address:** **50 Standford Street**
                                                                                      **Boston, MA 02114**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__          **Bar Number if applicable** _____

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

          ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __MJ Swartwood__   on   __May 2004__

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**      **PHIL ASARO** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__                **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__                **Related Case Information:**

**County** __Essex__                Superseding Ind./ Inf. __X__            Case No. __04-10299-PBS__
Same Defendant __x__            New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __SILVESTRE LIZARDI__            Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:** __Michael Sneider__      **Address:** **95 Commercial Wharf**
                                        **Boston, MA 2110**
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__                **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No        **List language and/or dialect:**    __Spanish__

**Matter to be SEALED:**  ☐ Yes  ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** __MJ Swartwood__  on  __May 2004__

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** __3/23/05__            **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SILVESTRE LIZARDI

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City**   Lynn      **Related Case Information:**

**County**   Essex      Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant   __x__    New Defendant ____
Magistrate Judge Case Number   __04-M-1685 CBS__
Search Warrant Case Number   __04-M-1720 to 1730__
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name   __ROBERT V. RUSCIO__      Juvenile:    ☐ Yes    X No

Alias Name ____

Address   __286 NEWBURY ST., PEABODY, MA__

Birthdate: __7/15/51__   SS # __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__ Sex: __MALE__ Race: __White__      Nationalit __USA__

**Defense Counsel if known:**    Edward L. Hayden, Esq.      Address __7 Franklin St., Lynn, MA__

Bar Number ____

**U.S. Attorney Information:**

AUSA   __Neil Gallagher__      Bar Number if applicable ____

**Interpreter:**    ☐ Yes    X No      List language and/or dialect: ____

**Matter to be SEALED:**      Yes   X    No

\ Warrant Requested      X☐ Regular Process      In Custody

**Location Status:**

Arrest Date ____

☐ Already in Federal Custody as of ____ in ____ .
☐ Already in State Custody at ____ ☐ Serving Sentence      ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:   __Mag. Judge Swartwood__    on ____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ―――    ☐ Misdemeanor ―――    X☐ Felony ―― 2 ――

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__      Signature of AUSA: ____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERT V. RUSCIO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA _____    **Category No.** _____    **Investigating Agency** DEA/MSP _____

**City** Lynn/Peabody _____    **Related Case Information:**

**County** Essex _____

Superseding Ind./ Inf.    X _____    Case No.    04-10299-PBS

Same Defendant    x _____    New Defendant _____

Magistrate Judge Case Number    04-m-1685-CBS _____

Search Warrant Case Number    04-m-1720 to 1730 _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GIOVANI AVILA _____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race:   Hispanic _____ Nationality: _____

**Defense Counsel if known:**   Michael Natola _____    Address:  240 Commerical Street, Ste 2B

**Bar Number:** _____    Boston, MA 02109

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher _____    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes  ☒ No    List language and/or dialect: _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by  MJ Swartwood _____    on    May 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05 _____    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GIOVANI AVILA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____ **Category No.** _____ **Investigating Agency** _DEA/MSP_____

**City** __Lynn/Peabody_____ **Related Case Information:**

**County** ___Essex_____ Superseding Ind./ Inf.___X_____ Case No. ___04-10299-PBS____
Same Defendant ___x_____ New Defendant _____
Magistrate Judge Case Number ___04-m-1685-CBS____
Search Warrant Case Number ___04-m-1720 to 1730___
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS_____ Juvenile ☐ Yes ☒ No

Alias Name __Cumbia King, Tony_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic____ Nationality: _____

**Defense Counsel if known:** __Raymond E. Gillespie_____ **Address:** _875 Massachusetts Ave, Ste 32_
_Cambridge, MA 02139_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____ **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** __Spanish_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____.
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** _MJ Swartwood_____ on _May 2004_

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1 count___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** _3/23/05_____ **Signature of AUSA:** _____