JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **GILBERTO ZAYAS** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

23

٤JS 45  (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

Place of Offense:  MA_____    Category No. _____    Investigating Agency  DEA/MSP_____

City  Lynn/Peabody_____

**Related Case Information:**

County  Essex_____

Superseding Ind./ Inf.    X_____    Case No.    04-10299-PBS_____
Same Defendant    x_____    New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS_____
Search Warrant Case Number    04-m-1720 to 1730_____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  LUIS E. DEJESUS_____    Juvenile    ☐ Yes    ☒ No

Alias Name  Edgardo_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:  Hispanic_____ Nationality: _____

**Defense Counsel if known:**    John W. Laymon_____    Address:  77 Franklin Street, # 3_____
Boston, MA 02110_____

**Bar Number:** _____

## U.S. Attorney Information:

AUSA  Neil Gallagher_____    Bar Number if applicable _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as  May 2004_____    in  Wyatt_____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    LUIS E. DEJESUS  _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Y&JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.** __II__        **Investigating Agency**   __DEA__

**City**  __Lynn__              **Related Case Information:**

**County**  __Essex__          Superseding Ind./ Inf.  __X__              Case No.  __04-10299 PBS__
                               Same Defendant    __X__          New Defendant _____
                               Magistrate Judge Case Number    __04-M-  1731CBS__
                               Search Warrant Case Number   __04- M 1720 to 1730__
                               R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   __BENITO GRULLON__                     Juvenile:    ☐ Yes    X No

Alias Name   __QUICO__

Address   _____

Birthdate: _____ SS # _____ Sex:  __MALE__ Race:  __Hispanic__    Nationalit __Dominican__

**Defense Counsel if known:**     __Ron Ian Segal, Esq..__      Address __23 Central Ave., Lynn, MA__

Bar Number   _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                    Bar Number if applicable   _____

**Interpreter:**    X Yes     No        List language and/or dialect:        __Spanish__

**Matter to be SEALED:**     Yes  X  No

        Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date        __5/1/04__

X  Already in Federal Custody as of   _____ in   _____ .
☐  Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   _____ on   _____

**Charging Document:**      Complaint       ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __3/23/05__          Signature of AUSA:  _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2    21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

℅JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA, CA            **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn _____            **Related Case Information:**

**County** Essex _____             Superseding Ind./ Inf. __x_____    Case No. __04-10299-PBS__
                                     Same Defendant _____  New Defendant _X_____
                                     Magistrate Judge Case Number  _____
                                     Search Warrant Case Number  _____
                                     R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  MARTIN CERNA GARCIA _____       Juvenile  ☐ Yes   ☒ No

Alias Name   "Willy"; "Nephew" _____

Address   11027 Meyers Dr., Cucamnga, CA 91730 _____

Birth date (Year only):  _1963_  SSN (last 4 #): _____ Sex _M_ Race:  Hispanic ____  Nationality:  Mexican _____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____     **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No        **List language and/or dialect:**    Spanish _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

    ☒ **Warrant Requested**        ☐ **Regular Process**           ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    MARTIN CERNA GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__                **Category No.** _____    **Investigating Agency** _DEA/MSP_

**City** __Lynn, MA__                **Related Case Information:**

**County** __Essex__

| | |
|---|---|
| Superseding Ind./ Inf. __x__ | Case No. __04-10299-PBS__ |
| Same Defendant | New Defendant __X__ |
| Magistrate Judge Case Number | _____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name __ROBINSON RUIZ__                Juvenile ☐ Yes  ☒ No

Alias Name __"Metresa"__

Address __6 Houston Street, Lynn, MA 01905__

Birth date (Year only): __1964__ SSN (last 4 #): __6369__ Sex __M__ Race: __Hispanic__ Nationality: __Dom. Republic__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__                **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/05_                **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **ROBINSON RUIZ** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA          **Related Case Information:**

**County** Essex

| | |
|---|---|
| Superseding Ind./ Inf.     x | Case No.    04-10299-PBS |
| Same Defendant | New Defendant  X |
| Magistrate Judge Case Number | |
| Search Warrant Case Number | |
| R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name   CARLOS RAFAEL ROJAS          Juvenile     ☐ Yes     ☒ No

Alias Name   "Chelo"; "Ramon"

Address

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher          **Bar Number if applicable** _____

**Interpreter:**     ☒ Yes  ☐ No          **List language and/or dialect:**     Spanish

**Matter to be SEALED:**     ☒ Yes     ☐ No

          ☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:  Ordered by** _____ **on** _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __MA__          **Category No.** _____          **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__          **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf.  __X__          Case No. __04-10299-PBS__
Same Defendant _____  New Defendant  __X__
Magistrate Judge Case Number    _____
Search Warrant Case Number    _____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  __CARLOS ORLANDO ARGUETA-MACARIO__     Juvenile    ☐ Yes     ☒ No

Alias Name   "Chaparro"

Address   __15 Washington Place, Peabody, MA 01960__

Birth date (Year only):  __1967__  SSN (last 4 #):  __0292__  Sex __M__ Race:   __Hispanic__    Nationality:  __Mexican__

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__          **Bar Number if applicable** _____

Interpreter:     ☒ Yes ☐ No          List language and/or dialect:     __Spanish__

Matter to be SEALED:     ☒ Yes     ☐ No

     ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  __3/23/05__          Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                   Category No. _____    Investigating Agency  DEA/MSP

City  Lynn, MA                   **Related Case Information:**

County    Essex                   Superseding Ind./ Inf.    x                Case No.    04-10299-PBS
Same Defendant                New Defendant  X
Magistrate Judge Case Number    _____
Search Warrant Case Number    _____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   WILLIAM R. HOLMES                   Juvenile    [ ] Yes    [X] No

Alias Name    "Billy"

Address    43 Reservoir Drive, Danvers, MA

Birth date (Year only):   1961   SSN (last 4 #):   7332  Sex  M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                   Bar Number if applicable    _____

Interpreter:    [ ] Yes  [ ] No         List language and/or dialect: _____

Matter to be SEALED:    [x] Yes    [ ] No

   [x] Warrant Requested         [ ] Regular Process         [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____  in _____ .
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____  on _____

**Charging Document:**    [ ] Complaint    [ ] Information    [x] Indictment

**Total # of Counts:**    [ ] Petty _____  [ ] Misdemeanor _____  [x] Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

[x]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  3/23/05            Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    WILLIAM R. HOLMES, a/k/a "Billy" _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

36

🖉JS 45 (5/97) - (Revised USAO MA 6/29/04)

<u>**Criminal Case Cover Sheet**</u>                                    <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:** <u>MA</u>          **Category No.** _____          **Investigating Agency** <u>DEA/MSP</u>

**City** <u>Lynn, MA</u>                    **Related Case Information:**

**County** <u>Essex</u>                     Superseding Ind./ Inf.   <u>x</u>            Case No.   <u>04-10299-PBS</u>
                                                 Same Defendant _____  New Defendant  <u>X</u>
                                                 Magistrate Judge Case Number  _____
                                                 Search Warrant Case Number  _____
                                                 R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  <u>GENE A. ANDERSON</u>                    Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address  <u>87 Broad Street #1, Lynn, MA</u>

Birth date (Year only):  <u>1970</u>  SSN (last 4 #):  <u>0733</u>  Sex <u>M</u>  Race:  _____  Nationality: _____

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  <u>Neil Gallagher</u>                    **Bar Number if applicable** _____

Interpreter:   ☐ Yes  ☐ No          **List language and/or dialect:** _____

Matter to be SEALED:   ☒ Yes   ☐ No

   ☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as  _____  in  _____  .
☐ Already in State Custody  _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  <u>1</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: <u>3/23/05</u>                    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk):  _____

Name of Defendant     GENE A. ANDERSON _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: