UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| v.  ) | **CRIMINAL ACTION** | |
| ) | **NO. 04-10299-PBS** | |
| MARIA ESCOBAR, ET AL, ) | | |
| Defendants, ) | | |
| ) | | |

**ORDER OF EXCLUDABLE TIME**
**August 1, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 28, 2005 (date of expiration of prior order of excludable time) through November 4, 2005 (date by which the Government shall file its response to Defendants' consolidated discovery motion) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE