UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO.  04-10299-PBS

v.

ABDALLAH HAMDEN

## NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.         November 21, 2005

    The Rule11 Hearing previously scheduled for December 12, 2005, has been **rescheduled** to **December 15, 2005, at 4:15 p.m.**

        By the Court,

        _/s/ Robert C. Alba_
        Deputy Clerk

Copies to:  All Counsel

resched.ntc