UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                              Crim. No. 04-10299 PBS

ABDALLAH HAMDAN

### ORDER OF STIPULATED JUDICIAL DEPORTATION
### (ABDALLAH HAMDAN)

Pursuant to the authority created by section 374(a)(3) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996), codified at 8 U.S.C. § 1228(c)(5); and pursuant to 6 U.S.C. § 557, transferring applicable authority from the Commissioner of the Immigration and Naturalization Service to the Secretary of Homeland Security; and upon the parties' agreement to the entry of a stipulated judicial order of deportation, it is hereby ordered that the defendant, Abdallah Hamdan, an alien removable under 8 U.S.C. § 1227(a)(2)(A)(i)(II), upon conviction and after release from any period of incarceration, be taken into custody by the United States Bureau of Immigration and Customs Enforcement and deported to Israel or to any other country as prescribed by the immigration laws of the United States of America.

/s/ Patti B. Saris
Patti B. Saris
UNITED STATES DISTRICT JUDGE

Entered: 3/21/06